STATE OF MICHIGAN

IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

STEVEN RUSH,

Plaintiff,

Case No.:2:10-cv-13427 JF MKM

vs

Hon. Marianne O. Battani

RYAN CAVANAUGH, in his individual capacity
and UNIVERSITY OF MICHIGAN,

Defendants.
_____________________________________/

KENNETH D. FINEGOOD P36170
KENNETH D. FINEGOOD P.L.C.
Attorney for Plaintiff
29566 Northwestern Hwy., Suite 120
Southfield, MI 48034
248-351-0608
kdfesq44@aol.com

DEBRA A. KOWICH P43346
OFFICE OF THE VICE PRESIDENT & GENERAL COUNSEL
UNIVERSITY OF MICHIGAN
Attorney for Defendants
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
(734) 764-0304
dkowich@umich.edu
_____________________________________/

## DEFENDANTS WITNESS LIST

NOW COME Defendants, Regents of the University of Michigan ("the University"), and Ryan Cavanaugh, by their attorneys, OFFICE OF THE GENERAL COUNSEL, by DEBRA A. KOWICH, and for their Witness List state:

1. Steven Rush
2. Jesse Johnson

3. Officer Ryan Cavanaugh
4. Sgt. Jason Forsberg
5. Officer David Hawkins
6. Officer Matthew Butzky
7. Officer Akin Bryant
8. Lt. Melissa Overton
9. Officer Mark West
10. Officer Michael Matthews
11. Sgt. Gerry Steiner
12. Officer Brian Daniels
13. Officer Brent Carriveau
14. Officer John-Mark Branch
15. Lt. Robert Newman
16. Willie Wimberly
17. Kewan Covington
18. Custodian of Records, Department of Public Safety
19. All necessary rebuttal witnesses.
20. All witnesses listed by Plaintiff
21. A psychologist or psychiatrist to be determined.
22. Any individual who provided medical care to Plaintiff or otherwise attended to Plaintiff's medical needs.
23. Custodian of Records of Garden City Hospital
24. Custodian of Records of University of Michigan Hospital

25. Custodian of Records of Washtenaw/Livingston County EMS

26. All other witnesses identified through discovery.

Defendants reserve the right to amend this witness list.

OFFICE OF THE VP & GENERAL COUNSEL
THE UNIVERSITY OF MICHIGAN

By:______________________________
Debra A. Kowich (P43346)
Attorneys for Defendant
503 Thompson St., Rm. 5010
Ann Arbor, MI 48109-1340
Phone: (734) 764-0304
Email: dkowich@umich.edu

Dated: April 26, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to: Kenneth D. Finegood, 29566 Northwestern Hwy., Suite 120, Southfield, MI 48034 (kdfesq44@aol.com); via electronic mail.

OFFICE OF THE VICE-PRESIDENT &
GENERAL COUNSEL
UNIVERSITY OF MICHIGAN

BY: ___/Debra A. Kowich /s/_
DEBRA A. KOWICH P43346
Attorney for Defendants
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
(734) 764-0304
dkowich@umich.edu