IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven Rush,

Plaintiff,

V

Case No.: 10-cv-13427-MOB- MKM
Hon. Marianne O Battani

Ryan Cavanaugh, in his individual capacity
and University of Michigan,

Defendants.
________________________________________/

**KENNETH D. FINEGOOD P36170**
KENNETH D. FINEGOOD, P.L.C.
Attorney for Plaintiff
29566 Northwestern Hwy, Suite 120
Southfield, MI 48034
248-351-0608

DEBORAH A. KOWICH (P43346)
Office of the Vice-President & General Counsel
University of Michigan
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
734 764 0304
dkowich@umich.edu
________________________________________/

# PLAINTIFF'S WITNESS LIST

NOW COMES plaintiff, Steven Rush, by and through his attorney, **KENNETH D. FINEGOOD, P.L.C.,** and for his list of witnesses states as follows:

1. Steven Rush
2. Ray Cavanaugh
3. Jessica Williams
4. Willie Wimberly
5. Kewan Covington
6. Wilbert Covington
7. Deonte Webb

8. Julius

9. Officer Matthew Butzky

10. Sgt. Jason Forsberg

11. Officer Kevin Crawley

12. Officer Dave Hawkins

13. Officer Akin Bryant

14. Officer Mark West

15. Officer John Mark Branch

16. Lt. Melissa Overton

17. Officer Michael Matthews

18. Sgt. Gerry Steiner

19. Officer Brian Daniels

20. Officer Brent Carriveau

21. Expert – Dr. Anthony M. Saparno – University of Michigan Hospital and Medical Center

22. Expert – Dr. John Kahler, – University of Michigan Hospital and Medical Center

18. EMS Attendants, Washtenaw/Livingston County EMS

19. Records Custodian:

    Washtenaw/Livingston County EMS
    University of Michigan Hospital and Medical Center
    Garden City Hospital
    University of Michigan Department of Public Safety
    Visteon Corporation

20. Stephen Hipkiss-Chairman DPS Oversight Committee

21. Michael Thouless-Chairman Senate Advisory Committee on University Affairs

22. Tim Wood, Director of Human Resources

23. Any and all treating and/or examining professionals.

24. Any and all witnesses listed by defendants.

25. Any and all witnesses found through discovery

26. Any necessary rebuttal witnesses

27. Plaintiff reserves the right to amend this witness list upon completion of discovery

28. Plaintiff reserves the right to take de bene esse depositions prior to the time of trial.
29. Plaintiff reserves the right to name additional expert witnesses upon completion of discovery

Respectfully submitted:

KENNETH D. FINEGOOD, P.L.C.

*S/Kenneth D. Finegood*
KENNETH D. FINEGOOD (P36170).
Attorney for Plaintiff
29566 Northwestern Hwy., Ste. 120
Southfield, MI 48034
(248) 351-0608

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2011 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

DEBORAH A. KOWICH (P43346)
Attorney for Defendants
Office of the Vice-President & General Counsel
University of Michigan
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
734 764 0304
dkowich@umich.edu

S/ Kenneth D. Finegood
Kenneth D. Finegood, P.L.C.
29566 Northwestern Hwy Ste 120
Southfield, MI 48034
248-351-0608
KDFesq44@AOL.com
(P36170)