STATE OF MICHIGAN

IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

STEVEN RUSH,

Plaintiff,

vs

Case No.:2:10-cv-13427 MOB MKM
Hon. Marianne O. Battani

RYAN CAVANAUGH, in his individual capacity
and UNIVERSITY OF MICHIGAN,

Defendants.
_____________________________________________/

KENNETH D. FINEGOOD (P36170)
KENNETH D. FINEGOOD P.L.C.
Attorney for Plaintiff
29566 Northwestern Hwy., Suite 120
Southfield, MI 48034
248-351-0608

DEBRA A. KOWICH (P43346)
OFFICE OF THE VICE PRESIDENT & GENERAL COUNSEL
UNIVERSITY OF MICHIGAN
Attorney for Defendants
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
(734) 764-0304
_____________________________________________/

**STIPULATED ORDER FOR EXTENSION OF TIME**
**TO FILE DISPOSITIVE MOTIONS**

At a session of the United States District Court for the
Eastern District of Michigan, Southern Division, in City of
Detroit, State of Michigan

On: July 27, 2011
**PRESENT: The Honorable Marianne O. Battani**
**U.S. District Court Judge**

IT IS HEREBY ORDERED that the deadline by which dispositive motions must be filed in this matter, currently set for August 5, 2011, is extended by one (1) week to August 12, 2011.

**IT SO ORDERED.**

s/Marianne O. Battani
THE HONORABLE MARIANNE O. BATTANI

**STIPULATION**

It is hereby stipulated and agreed between the parties, through their undersigned counsel, that the above Order be entered by this Court.

KENNETH D. FINEGOOD P.L.C.

By: _s/with consent of Kenneth D. Finegood_
Kenneth D. Finegood (P36170)
Attorney for Plaintiff
29566 Northwestern Hwy., Suite 120
Southfield, MI 48034
248-351-0608

**THE UNIVERSITY OF MICHIGAN**
OFFICE OF THE VICE PRESIDENT AND GENERAL COUNSEL

By: __________/s/____________________
Debra A. Kowich (P43346)
Attorneys for Defendants
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
(734) 764-0304