UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN RUSH,

Plaintiff,

vs

CaseNo.:2:10-cv-13427 MOB MKM
Hon. Marianne Battani

RYAN CAVANAUGH, in his individual capacity
and UNIVERSITY OF MICHIGAN,

Defendants.

________________________________________/

KENNETH D. FINEGOOD P36170
KENNETH D. FINEGOOD P.L.C.
Attorney for Plaintiff
29566 Northwestern Hwy., Suite 120
Southfield, MI 48034
248-351-0608

DEBRA A. KOWICH P43346
OFFICE OF THE VICE PRESIDENT & GENERAL COUNSEL
UNIVERSITY OF MICHIGAN
Attorney for Defendants
503 Thompson Street, Room 5010
Ann Arbor, MI 48109-1340
(734) 764-0304

________________________________________/

**STIPULATION AND ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

At a session of said Court held in the City of
Detroit, County of Wayne, State
of Michigan on October 5, 2011

PRESENT: HONORABLE MARIANNE O. BATTANI
United States District Court Judge

The parties having stipulated and agreed, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and

without costs to either party.

s/Marianne O. Battani
Marianne O. Battani
United States District Court Judge

I hereby stipulate to the entry of the above Order.

/s/ KENNETH D. FINEGOOD /w permission 10/3/11

KENNETH D. FINEGOOD P36170
Attorney for Plaintiff

/s/ DEBRA A. KOWICH

DEBRA A. KOWICH P-43346
Attorney for Defendant